UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
UNITED STATES OF AMERICA      :      **NOTICE OF INTENT TO**
                              :      **FILE AN INFORMATION**
        -v.-                  :
                              :      07 Cr. ___
RICHARD O. VILLELLA,          :
                              :      07 CRM 287
             Defendant.       :
                              :
------------------------------x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          ~~March~~ 4, 2007
          April

                                    MICHAEL J. GARCIA
                                    United States Attorney

                              By:   _____
                                    ANTHONY S. BARKOW
                                    Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                              By:   _____
                                    STUART ABRAMS, Esq.
                                    Attorney for Richard Villella

[Stamp: JUDGE SWEET]
[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED 4/4/07]

Wheel A

TOTAL P.02