```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :      WAIVER OF INDICTMENT
        -v.-                        :
                                    :      07 Cr. ___
RICHARD O. VILLELLA,                :
                                    :
                Defendant.          :
------------------------------------x
```



The above-named defendant, who is accused of violating Title 26, United States Code, Section 7201, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

					_____
					Defendant

					_____
					Witness

					_____
					Counsel for Defendant

Date: New York, New York
      April ___, 2007

0202

