

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2007

**BY HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007



RECEIVED
APR 20 2007
JUDGE SWEET CHAMBERS

Re:   *United States v. Richard O. Villella,* 07 Cr. 287 (RWS)

Dear Judge Sweet:

      With this letter, the Government respectfully submits a copy of the transcript of the plea proceeding in this case. The Court referred the plea proceeding in this matter to the Magistrate Court, and the plea hearing occurred before the Honorable Douglas F. Eaton, Magistrate Judge, on April 11, 2007. At the conclusion of the plea hearing, Magistrate Judge Eaton, recommended that this Court accept the defendant's guilty plea and adjudge the defendant guilty. (*See* Tr. 22). The Government respectfully requests that the Court accept Magistrate Judge Eaton's recommendation. Magistrate Judge Eaton set a control date in this matter of July 11, 2007, at 10:00 a.m., but no sentencing date is currently scheduled.

*The plea and the recommendation are accepted. So ordered.*
*[signed] Sweet T*
*USDJ*
*4.20.07*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
ANTHONY S. BARKOW
Assistant United States Attorney
(212) 637-2580

Encl.
cc:   Stuart Abrams, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/07